## 7091

### MILLS v. ATLANTIC COAST LINE R. R. CO.

NEW TRIAL—JURISDICTION.—The Circuit Court has jurisdiction of a motion for a new trial on after-discovered evidence, notwithstanding the pendency of an appeal in this Court.

Motion in this Court in case of L. A. Mills against Atlantic Coast Line Railroad Company for suspension of appeal that motion for new trial on after-discovered evidence could be made in the Circuit Court.

*Messrs. P. A. Willcox, H. E. Davis,* and *T. Moultrie Mordecai,* for the motion.

*Messrs. Legare* and *Holman,* contra.

January 8, 1909. ORDER BY CHIEF JUSTICE. Under the case of the *State* v. *Lee,* 80 S. C., 367, recently decided by this Court *en banc,* the Circuit Court has jurisdiction to entertain a motion for a new trial on the ground of after-discovered evidence, notwithstanding the pendency of an appeal in this Court, and the proper practice is to make such motion in that Court.

This Court is, however, not precluded from hearing the appeal now pending, and will do so unless there is other ground for continuance.